| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: _____ District of **Delaware** |
| Case number : _____ Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
225 Bowery LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names  
DBA Untitled at 3 Freeman Alley

**3. Debtor's federal Employer Identification Number (EIN)**  
83 - 3621333

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 187 Chrystie Street<br>Number   Street | Number   Street |
| Storefront S | P.O. Box |
| New York   NY   10002<br>City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New York County<br>County | Number   Street |
| | City   State   ZIP Code |

**5. Debtor's website (URL)**  
N/A

| Debtor | 225 Bowery LLC | Case number | |
|---|---|---|---|

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   7 2 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply:*
       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       ☐ A plan is being filed with this petition.
       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

Debtor  225 Bowery LLC                                                Case number _____

| | |
|---|---|
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes. District _____ When __/__/____ Case number _____<br>District _____ When __/__/____ Case number _____ |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ When __/__/____<br>Case number, if known _____ |
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number   Street<br>_____<br>City                              State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

**Statistical and administrative information**

| Debtor | 225 Bowery LLC | Case number | |
|---|---|---|---|

| 13. Debtor's estimation of available funds | Check one: <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | ☐ 1-49 <br> ☐ 50-99 <br> ☒ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|
| 15. Estimated assets | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☒ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☒ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> I have been authorized to file this petition on behalf of the debtor. <br><br> I have examined the information in this petition and have a reasonable belief that the information is true and correct. <br><br> I declare under penalty of perjury that the foregoing is true and correct. <br><br> Executed on  01/24/2023 <br> MM / DD / YYYY <br><br> ✗ /s/ Nat Wasserstein      Nat Wasserstein <br> Signature of authorized representative of debtor      Printed name <br><br> Title Chief Restructuring Officer |
|---|---|

| | | | |
|---|---|---|---|
| Debtor | 225 Bowery LLC | Case number | |

**18. Signature of attorney**

✗ /s/ *Ryan M. Bartley*　　　　　　　　Date  01/24/2023

　Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

Ryan M. Bartley
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

Rodney Square, 1000 North King Street
Number　　Street

Wilmington　　　　　　　　　　　　DE　　　19801
City　　　　　　　　　　　　　　　　State　　ZIP Code

(302) 571-6600　　　　　　　　　　rbartley@ycst.com
Contact phone　　　　　　　　　　　Email address

4985　　　　　　　　　　　　　　　DE
Bar number　　　　　　　　　　　　State

# UNANIMOUS WRITTEN CONSENT OF
# THE SOLE MEMBER AND INDEPENDENT MANAGER OF
# 225 BOWERY LLC

WHEREAS, the undersigned being (i) the sole member (the "<u>Member</u>") of 225 BOWERY LLC, a Delaware limited liability company (the "<u>Company</u>") and (ii) the Independent Manger of the Company (collectively, the "<u>Undersigned</u>"), have reviewed and considered, among other things, the financial condition, capital structure, liquidity position, short term and long term prospects of the Company, the restructuring and other strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

WHEREAS, the Undersigned have received, reviewed, and considered the advice of the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding (the "<u>Chapter 11 Case</u>") under the provisions of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Undersigned, it is desirable and in the best interests of the Company, its creditors and stockholders, and other interested parties that a voluntary petition (the "<u>Petition</u>") be filed by the Company under the provisions of chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that Nat Wasserstein of Lindenwood Associates, LLC be, and hereby is, authorized, empowered, and directed to serve as the Chief Restructuring Officer (the "<u>CRO</u>") of the Company on the terms set forth in that certain engagement agreement by and between the Company, its affiliated entities and Lindenwood Associates, LLC effective on or about the date hereof, with power and authority to pursue on behalf of the Company such bankruptcy or other restructuring as the CRO may deem appropriate and to represent the Company and act on behalf of the Company in any case commenced by the Company under the Bankruptcy Code, and such other power and authority granted to the officers of the Company under these resolutions; and it is further

RESOLVED, that the each of the Member and the CRO (collectively, the "<u>Authorized Persons</u>") be, and, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition and all documents ancillary thereto, to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware, and to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of such Authorized Person, may be necessary, appropriate, or desirable, and (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents that, in the judgment of such Authorized Person, may be necessary, appropriate, or desirable in connection with the foregoing; and it is further

RESOLVED, that the CRO be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to obtain post-petition financing, negotiate cash collateral usage with the Company's prepetition secured lenders, or both, and to enter into any loan agreement or amended or supplemental indenture and to pledge and grant liens on its assets as may be contemplated by or required under the terms of any such post-

petition financing or cash collateral agreements; and in connection therewith, the CRO be, and hereby is, authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that the law firm of Alston & Bird LLP ("Alston & Bird") be, and it hereby is, authorized and empowered to represent the Company as its general bankruptcy counsel and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including without limitation the preparation of pleadings and filings in the bankruptcy case; and in connection therewith, the CRO be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Alston & Bird; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be, and it hereby is, authorized and empowered to represent the Company as its local bankruptcy counsel and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including without limitation the preparation of pleadings and filings in the bankruptcy case; and in connection therewith, the CRO be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that the CRO be, and hereby is, authorized, directed, and empowered from time to time, in the name and on behalf of the Company, to take such actions and execute and deliver such documents as may be required or as the CRO may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any petitions, schedules, lists, security agreements, pledges, financing statements, certificates, instruments, guaranties, and notices, with all such actions to be taken in such manner, and all such petitions, schedules, lists, security agreements, pledges, financing statements, certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the CRO taking or executing the same shall approve, the taking or execution thereof by the CRO being conclusive evidence of the approval thereof by the CRO and by the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

[*Signature Page Follows*]

IN WITNESS WHEREOF, the undersigned has executed this Unanimous Written Consent effective as of January 24, 2023.

**SOLE MEMBER:**

**225 BOWERY GROUP LLC**, by its Members:

KAL REALTY PARTNERS LLC, a New York limited liability company

By: _____/s/_____
Name: David Paz
Title: Manager


TLLULE LLC, a New Mexico limited liability company

By: _____/s/_____
Name: David Paz
Title: Manager

VNAA LLC, a New York limited liability company

By: _____/s/_____
Name: David Paz
Title: Manager

**INDEPENDENT MANAGER**:

_____
Michelle Dreyer

IN WITNESS WHEREOF, the undersigned has executed this Unanimous Written Consent effective as of January 24, 2023.

**SOLE MEMBER:**

**225 BOWERY GROUP LLC**, by its Members:

KAL REALTY PARTNERS LLC, a New York limited liability company

By: _____
Name: David Paz
Title: Manager


TLLULE LLC, a New Mexico limited liability company

By: _____
Name: David Paz
Title: Manager

VNAA LLC, a New York limited liability company

By: _____
Name: David Paz
Title: Manager

**INDEPENDENT MANAGER**:

_/s/ Michelle D. Dreyer_____
Michelle Dreyer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------------- x

In re:

225 BOWERY LLC,[1]

    Debtor.

Chapter 11

Case No. 23-_____ (___)

---------------------------------------------------------------------------------- x

## LIST OF EQUITY SECURITY HOLDERS
## PURSUANT TO FED. R. BANKR. P. 1007(a)(3)

Following is the list of the Debtor's equity security holders, as of the date of commencement of this case, which is prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure:

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| 225 Bowery Group LLC | 187 Chrystie Street, New York, New York 10002 | 100% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number is 225 Bowery LLC (1333). The location of the Debtor's service address is: 187 Chrystie Street, New York, NY 10002.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x

In re:

225 BOWERY LLC,[1]

    Debtor.

Chapter 11

Case No. 23-_____ (___)

---------------------------------------------------------------- x

**CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FED. R. BANKR. P. 1007 AND 7001.1**

Pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Holder | Address | Nature of Equity Interests | Ownership Percentage |
|---|---|---|---|
| 225 Bowery Group LLC | 187 Chrystie Street, New York, New York 10002 | Membership Interest | 100% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number is 225 Bowery LLC (1333). The location of the Debtor's service address is: 187 Chrystie Street, New York, NY 10002.

**Fill in this information to identify the case:**

Debtor name: 225 Bowery LLC

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **SBS PPP2 Loan # 609902783754**<br>1250 Broadway, 33rd floor (cnr 31st St)<br>New York, NY 10001 | Kurt Pohmer<br>212-822-9413 | SBA PPP2 Loan | | | | $1,701,000.00 |
| 2 | **SBS PPP1 Loan # 609902783671**<br>1250 Broadway, 33rd floor (cnr 31st St)<br>New York, NY 10001 | Kurt Pohmer<br>212-822-9413 | SBA PPP1 Loan | | | | $564,611.13 |
| 3 | **Fried, Frank, Harris, Shriver & Jacobson LLP**<br>One New York Plaza<br>New York, NY 10004 | Emilie Cooper<br>212-859-8311 | Legal Services | | | | $295,990.91 |
| 4 | **GPGB LLC**<br>18 East 16th St, Suite 307<br>New York, NY 10003 | James Ciaci<br>212-697-1463 | Trade | Contingent, unliquidated | | | $278,508.41 |
| 5 | **The Law Firm of Guy S Halperin, PLLC**<br>27 E 21st Street, 9th Floor<br>New York, NY 10010 | Guy Halperin<br>212-751-7555 | Legal Services | | | | $251,809.51 |

| | Debtor | 225 Bowery LLC | | Case number (*if known*) | | |
|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | **First Insurance Funding**  40 Skokie Blvd, Ste 1000  Northbrook, IL 60062-7917 | 800.837.2511 | Trade | | | | $78,430.88 |
| 7 | **ROB WALLACE**  669 Oradell Ave  Oradell NJ 07649 | Rob Wallace | Professional Services (ACE Litigation – Expert) | | | | $48,700.00 |
| 8 | **Shanholt Glassman Klein Kramer & Co.**  488 Madison Avenue, 18th Floor  New York, NY 10022 | Alan H Levy  212-231-4778 | Professional Services (Accounting) | | | | $40,672.00 |
| 9 | **Cleaning Master - Safed Inc**  194 Belair Road, #2  Staten Island, NY 10305 | Parviz Shahidi  800-896-4187 | Trade | | | | $27,290.00 |
| 10 | **NARROW SECURITY INC**  600 Third Ave, Ste 211  New York, NY 10016 | Nabil Nadim  718-535-7845 | Trade | | | | $27,119.52 |
| 11 | **NYCB Card**  First National Bank of Omaha  P.O.Box 2818  Omaha, NE 68103-2818 | | Trade | | | | $24,069.54 |
| 12 | **NY Water Board**  PO Box 11863  Newark NJ 07101 | 718-595-7000 | Trade | | | | $23,434.05 |
| 13 | **City of New York Fire Department**  P.O. Box 412014  Boston MA 02241 | | | Disputed | | | $22,266.40 |
| 14 | **Horwath HTL, Fareed & Cummings LLC.**  999 Waterside Drive, Suite 1200  Norfolk VA 23510 | John S. Fareed | Professional Services (ACE Litigation – Expert) | | | | $19,787.50 |
| 15 | **CLIFTON BUDD & DEMARIA LLP**  350 5th Ave, 61st Floor  New York, NY 10118 | Daniel Rowoth  212-687-7410 | Legal Services | | | | $19,278.00 |
| 16 | **Seiden & Schein PC**  570 Lexington Ave, 14th Floor  New York, NY 10022 | Frank Baquero  212-935-1400 | Legal Services | | | | $15,254.26 |

| | Debtor | 225 Bowery LLC | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 | **HIPPODROME CONCIERGE, CORP** 104-20 Queens Blvd Forest Hills NY 11375 | Vadim Furer 718-606-6900 | Trade | | | | $13,982.52 |
| 18 | **New York Hotel and Motel Trades Council** **707 Eight Avenue** **New York, NY 10036** | 212.245.8100 | Estimate - Union Backpay -Penalties | Contingent, unliquidated, disputed | | | Unknown |
| 19 | **NYS Department of Taxation and Finance** **Off. of Processing and Taxpayer Svcs.** **WA Harriman Campus, Albany, NY 12227** | | Sales and Occupancy Tax on Hotel | Unliquidated | | | Unknown |
| 20 | **David Weissy & DW Construction Consulting LLC** **Ross & Katz PLLC** **845 Third Avenue, 6th Fl.** **New York, NY 10022** | | Litigation | Contingent, unliquidated, disputed | | | Unknown |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **225 Bowery LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration   **Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007 and 7001.1**
**List of Equity Security Holders Pursuant to Fed. R. Bankr. P. 1007(a)(3)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/24/2023**           x   */s/ Nat Wasserstein*
                                            Signature of individual signing on behalf of debtor

                                            **Nat Wasserstein**
                                            Printed name

                                            **Chief Restructuring Officer**
                                            Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors