**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| 225 BOWERY LLC, | Case No. 23- 10094 (BLS) |
| Debtor. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1(b) and the attached certification, the undersigned counsel moves the admission *pro hac vice* of Kristen C. Kuan of Alston & Bird LLP to represent 225 Bowery LLC in the above-referenced matter.

Dated: January 25, 2023

*/s/ Ryan M. Bartley*
Ryan M. Bartley (No. 4985)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Email: rbartley@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing, and a member in good standing of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective August 31, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Kristen C. Kuan*
Kristen C. Kuan
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Email: kristen.kuan@alston.com

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE**

**Dated: January 26th, 2023
Wilmington, Delaware**